**Order entered October 26, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01139-CR

**OLATUNDE ANTONIO ADEPEGBA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-80446-2015**

## ORDER

The Court has before it the October 21, 2015 request by the Collin County District Clerk for a ten-day extension of time to file the clerk's record to ensure the appeal "has not been dismissed pursuant to Texas Rule of Appellate Procedure 25.2(d)." We note that we have not received the trial court's certification of appellant's right to appeal. The judgment forwarded to this Court, however, reflects that appellant was tried by a jury on his not guilty plea and that his punishment was also assessed by the jury. Accordingly, we **GRANT** the extension request as follows.

We **ORDER** the trial court to prepare and file with the Collin County District Clerk, within **TEN DAYS** of the date of this order, a certification of appellant's right to appeal that

accurately reflects the trial court proceedings.  *See* TEX. R. APP. P. 25.2(a), (d); *Cortez v. State*, 420 S.W.3d 803 (Tex. Crim. App. 2013).

We **ORDER** the Collin County District Clerk to file the clerk's record in this appeal within **TWENTY DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order to the Honorable Chris Oldner, Presiding Judge, 416th Judicial District Court; Andrea Stroh Thompson, Collin County District Clerk; and to counsel for all parties.

/s/     LANA MYERS
         JUSTICE